**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRADLEY LESLIE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:10-cv-1192 |
| v. | ) | |
| | ) | Judge Hibbler |
| **CAVALRY PORTFOLIO SERVICES, LLC,** | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, BRADLEY LESLIE, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that the dismissal of the above captioned matter be *without* prejudice and without costs to either party.

                                                    Respectfully submitted,
                                                    **BRADLEY LESLIE**

                                     By:    <u>s/ David M. Marco</u>
                                                      Attorney for Plaintiff

<u>Dated: April 1, 2010</u>

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x812)
Facsimile:   (888) 418-1277
E-Mail:       <u>dmarco@smithlaw.us</u>